IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RON RYAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3019 |
| | ) | |
| v. | ) | |
| | ) | AMENDED PROGRESSION ORDER |
| CAPITAL CONTRACTORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Amended Joint Stipulation to Amend the Progression Order, (filing no. 30), is granted and the progression order is amended as follows:

1) The discovery and deposition deadline is December 17, 2010. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

2) The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is December 31, 2010.

3) The pretrial conference and trial dates remain the same.

DATED this 12th day of November, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge