# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RON RYAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   4:10CV03019 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CAPITAL CONTRACTORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Joint Stipulation for Extension of Time (Filing No. 38), is granted, and the deadline for filing Motions for Summary Judgment is extended to January 7, 2011.

DATED the 29th day of December 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge Zwart