IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RON RYAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3019 |
| | ) | |
| V. | ) | |
| | ) | |
| CAPITAL CONTRACTORS, INC., | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on Defendant's motion to seal all evidence related to Defendant's motion for summary judgment (filing 43). The motion shall be granted, in part.

IT IS ORDERED:

1. Defendant's motion to seal all evidence related to Defendant's motion for summary judgment (filing 43) is granted, in part;

2. The Clerk of Court shall strike Defendant's evidence index in support of Defendant's motion for summary judgment and the attached evidence (filing 41) from the record and filing 41 shall remain under seal;

3. By or before January 18, 2011, Defendant shall file an amended evidence index in support of motion for summary judgment and attach redacted evidence in support of its motion.

January 10, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge