IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RON RYAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3019 |
| | ) | |
| V. | ) | |
| | ) | |
| CAPITAL CONTRACTORS, INC., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's unopposed motion to extend the deadline to respond to Defendant's motion for summary judgment (filing 53). Plaintiff's motion shall be granted, as follows:

IT IS ORDERED that Plaintiff shall submit a brief and any evidentiary materials responsive to Defendant's motion for summary judgment (filing 40) on or before February 3, 2011.

February 2, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge