THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RON RYAN, | ) | 4:10CV3019 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CAPITAL CONTRACTORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The defendant in this case has filed a motion for summary judgment.  (Filing 40.)  After review of the parties' briefs and evidence submitted in connection with the defendant's motion, it is the present intention of the court to grant the defendant's motion for summary judgment.  Accordingly, I shall order that the pretrial conference be cancelled and trial of this matter, currently set to begin on April 18, 2011, be continued until further order of the court.

IT IS ORDERED:

1.      The pretrial conference set for April 7, 2011, is cancelled;

2.      Trial of this matter, set to begin on April 18, 2011, is continued until further order of the court;

3.      The court shall issue a memorandum and order disposing of the motion for summary judgment in due course.

DATED this 5th day of April, 2011.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge